# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Joseph Short v Veolia North America, LLC et al.

Case Number: 16-cv-10906

An appearance is hereby filed by the undersigned as attorney for:
Veolia North America, LLC, Veolia North America-Central, LLC, Veolia Water North America Operating Services, LLC, Veolia Water Technologies, Inc.

Attorney name (type or print): John C. Ochoa

Firm: SmithAmundsen LLC

Street address: 150 North Michigan Avenue Suite 3300

City/State/Zip: Chicago, Illinois 60601

Bar ID Number: 6302680
(See item 3 in instructions)

Telephone Number: 312-894-3200

Email Address: JOchoa@salawus.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 11/28/2016

Attorney signature: S/ John C. Ochoa
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015