BWD:vlp                                                                                                         16-60

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH SHORT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   1:16-cv-10906 |
| | ) | |
| VEOLIA NORTH AMERICA, LLC, VEOLIA WATER NORTH AMERICA—CENTRAL, LLC, VEOLIA WATER NORTH AMERICA OPERATING SERVICES, LLC, VEOLIA WATER TECHNOLOGIES, INC., and ALCOA, INC. | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, JOSEPH SHORT, and Defendants, VEOLIA WATER AMERICA-CENTRAL, LLC, and ALCOA, INC. (now ARCONIC), respectfully submit this Joint Notice of Settlement, and inform the Court as follows:

1. The Plaintiff, JOSEPH SHORT, and the Defendants, VEOLIA WATER AMERICA-CENTRAL, LLC, and ALCOA, INC. (now ARCONIC), have reached an agreement to resolve all pending claims.

2. The parties are in the process of finalizing settlement agreements and anticipate filing a Notice of Dismissal with the Court after this is completed.

3. Accordingly, the Defendants will not be filing replies in support of their Motion to Transfer Venue, which is due on August 29, 2017 and has a hearing date of September 7, 2017.

Respectfully submitted:

Brion W. Doherty
Motherway & Napleton, LLP
140 S. Dearborn St. Suite 1500
Chicago, IL 60603
312-726-2699
bdoherty@mnlawoffice.com
*Attorneys for Plaintiff*

Molly A. Arranz
SmithAmundsen, LLC
150 North Michigan Avenue #3300
Chicago, IL 60601
312-894-3200
MArranz@salawus.com
*Attorneys for Defendant, Veolia Water North America-Central LLC*

Michael Schalk
K&L Gates
70 W Madison St #3100
Chicago, IL 60602
(312) 372-1121
Michael.Schalk@klgates.com
*Attorneys for Defendant, Arconic f/k/a Alcoa, Inc.*